■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS J. GANT, Appellant. [901 NYS2d 896]—Motion for writ of

error coram nobis denied. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.